UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:18-cv-02677-RAO | Date: | April 19, 2018 |
| Title: | Salt and Pepper Clothing, Inc. v. San Joy, Inc. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

    This action was filed on 4/2/2018 by Salt and Pepper Clothing, Inc. ("Plaintiff) against San Joy, Inc. ("Defendant"). To date, Plaintiff has not filed a proof of service of the Summons and Complaint. Defendant filed an Answer to the complaint on 4/9/2018.

    The Court, on its own motion, orders Plaintiff to file a proof of service of the Summons and Complaint within five (5) days.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | dl |