Frank N. Lee, Esq. (SBN 122230)
franknlee@gmail.com
Law Office of Frank N. Lee
3435 Wilshire Blvd., Suite 450
Los Angeles, California 90010
Telephone: (213) 487-9777
Facsimile:  (213) 487-9776

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALT AND PEPPER CLOTHING, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAN JOY, INC., a California corporation; et al., <br><br> Defendants. | Case No.:  2:18-cv-02677-RSWL-KS <br> *The Honorable Ronald S. W. Lew, Presiding* <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1.    This Complaint is to be dismissed <u>with prejudice</u>; and

2.    The parties are to bear their own attorneys' fees and costs of suit as incurred against one another.

<u>IT IS SO ORDERED</u>.

Dated:  April 16, 2019          By:    <u>s/ RONALD S.W. LEW</u>
                                                       HON. RONALD S.W. LEW
                                                       U.S. DISTRICT COURT JUDGE